UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | No. 2:22-cv-0719 CKD P<br><br><br>ORDER |

A settlement conference was held in this action on December 7, 2023 and the case did not settle. Accordingly, IT IS HEREBY ORDERED that:

1. The stay imposed in this action on June 30, 2023 is lifted; and

2. Defendants Gomez and Barrier shall file their response to plaintiff's remaining claims within 14 days.

Dated:  December 19, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gree0719.ls