IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARVON D. GREEN,** | Case No. 2:22-cv-0719 CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **GOMEZ, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 27) is granted. Defendants are granted a fourteen-day extension of time to take Plaintiff's deposition and file any motion to compel. Defendants shall depose Plaintiff and file any motions to compel by May 17, 2024. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:  May 6, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE