IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JARVON D. GREEN,** | 2:22-cv-0719 CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **GOMEZ, et al.,** | |
| Defendants. | |

Good cause appearing, defendants' motion to modify the discovery and scheduling Order (ECF No. 32) is granted. The parties shall have until September 24, 2024, to file pretrial motions.

Dated: August 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE