UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>             Plaintiff,<br><br>   v.<br><br>E. SAUCEDO, et al.,<br><br>             Defendants. | No.  2:22-cv-0719 TLN CKD P<br><br><br>ORDER |

On September 24, 2024, defendant Saucedo filed a motion for summary judgment. Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion for summary judgment.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  November 26, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gree0719.46osc