UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>            Plaintiff,<br><br>      v.<br><br>GOMEZ, et al.,<br><br>            Defendants. | No.  2:22-cv-0719 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an opposition to defendant Barrier's motion for summary judgment (ECF No. 34).  Plaintiff indicates he never received the motion.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendant Barrier re-serve the pending motion for summary judgment upon plaintiff within three days.

    2. Plaintiff's motion for an extension of time (ECF No. 36) is granted.

    3. Plaintiff is granted thirty days from the date of this order in which to file an opposition or a statement of non-opposition to the motion for summary judgment.   Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  January 7, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh gree0719.36