1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JARVON D. GREEN,                         No.  2:22-cv-0719 TLN CKD P

12              Plaintiff,

13         v.                                  ORDER

14    GOMEZ, et al.,

15              Defendants.

16

17         Plaintiff has asked that defendant Barrier be dismissed.  Good cause appearing, IT IS

18    HEREBY ORDERED that:

19         1.  Defendants inform the court within five days whether they have any objection to the

20             dismissal of defendant Barrier.

21         2.  The court's March 14, 2025, findings and recommendations (ECF No. 39) are

22             VACATED.

23    Dated:  March 27, 2025

24                                             _____
                                               CAROLYN K. DELANEY
25                                             UNITED STATES MAGISTRATE JUDGE

26

27

28    1/gree0719.dis