UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-0719 TLN CKD P<br><br><br>ORDER |

Plaintiff has asked that defendant Barrier be dismissed.  Defendant Barrier does not oppose the request.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request that defendant Barrier be dismissed is GRANTED;
2. Defendant Barrier is dismissed; and
3. Defendant Barrier's motion for summary judgment (ECF No. 34) is DENIED as moot.

Dated:  April 7, 2025

　　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
gree0719.dis(2)