UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | No. 2:22-cv-0719 TLN CKD P<br><br>ORDER SETTING<br><br>SETTLEMENT CONFERENCE |

Plaintiff Jarvon D. Green is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. §1983. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Dennis M. Cota to conduct a settlement conference on July 7, 2025, at 9:30 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference. The court will issue an order detailing the procedures for the settlement conference and the necessary writ in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Dennis M. Cota on July 7, 2025, at 9:30 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.

1

2. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at the California Correctional Institution via facsimile at (661) 823-5023 or via email.

Dated: April 11, 2025

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gree0719.med