UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | No. 2:22-cv-0719 TLN CKD P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

On April 11, 2025, the court ordered that the parties appear for a settlement conference via Zoom. The conference was scheduled for July 7, 2025, and plaintiff refused to appear. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for plaintiff's refusal to follow court orders. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

/////

/////

1

1 | time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
2 | Cir. 1991).
3 | Dated:  July 9, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gree0719.fta

2