UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARVON D. GREEN,<br><br>        Plaintiff,<br><br>   v.<br><br>GOMEZ, et al.,<br><br>        Defendants. | No. 2:22-cv-0719 TLN CKD P<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

      Plaintiff Jarvon D. Green is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. §1983. The settlement conference in this case previously set for July 7, 2025 did not occur as plaintiff did not appear. The court has determined that this case will still benefit from a settlement conference. Therefore, this case is referred to Magistrate Judge Dennis M. Cota to conduct a settlement conference on September 15, 2025, at 9:30 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference. The court will issue the necessary writ in due course.

      In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion that this matter be set for a settlement conference (ECF No. 49) is GRANTED. This case is set for a settlement conference before Magistrate Judge Dennis M. Cota on September 15, 2025 at 9:30 a.m. The settlement conference will

be conducted by remote means, with all parties appearing by Zoom video conference.

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement on the defendants' behalf shall attend in person.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. Parties are directed to submit confidential settlement statements no later than September 8, 2025 to dmcorders@caed.uscourts.gov. If plaintiff does not have access to the internet, plaintiff shall mail his confidential settlement statement Attn: Magistrate Judge Dennis M. Cota, USDC CAED, 2986 Bechelli Lane, Suite 300, Redding, California 96002 so it arrives no later than September 8, 2025. The envelope shall be marked "CONFIDENTIAL SETTLEMENT STATEMENT." Parties are also directed to file a "Notice of Submission of Confidential Settlement Statement" (See L.R. 270(d)).

Settlement statements **should not be filed** with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

a. A brief statement of the facts of the case.
b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in

        dispute.

      c. A summary of the proceedings to date.

      d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

      e. The relief sought.

      f. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

      g. A brief statement of each party's expectations and goals for the settlement conference, including how much a party is willing to accept and/or willing to pay.

      h. If the parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) if applicable.

5. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at the California Correctional Institution via facsimile at (661) 823-5023 or via email.

6. The court's July 8, 2025, recommendation (ECF No. 48) that this action be dismissed is VACATED.

Dated: August 22, 2025

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/jc
gree0719.med(b)