**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JARVON D. GREEN,

Plaintiff,

v.

GOMEZ,

Defendant.

No. 2:22-cv-0719-TLN-CKD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. The matter was resolved by way of a settlement reached at a settlement conference before Judge Dennis M. Cota, now retired, held on September 15, 2025. ECF No. 53 (minutes of settlement conference). Judge Cota retained jurisdiction to enforce the terms of the settlement. On October 15, 2025, the parties filed a stipulation for voluntary dismissal, ECF No. 54, and the case was closed.

On June 1, 2026, Plaintiff filed a motion requesting that settlement proceeds be paid. ECF No. 57. Defendant Gomez filed a response indicating that prison records confirm that settlement proceeds had been deposited into Plaintiff's inmate trust account. ECF No. 58. On September 8, 2026, the undersigned was formally appointed as a United States Magistrate Judge. To succeed Judge Cota All matters previously assigned to Judge Cota, including this matter as the referral Magistrate Judge, were reassigned accordingly.

Following Defendant Gomez's response to the pending motion, the Court obtained a copy of Plaintiff's inmate trust account and confirms that settlement proceeds have been deposited. ECF No. 59. Plaintiff's motion is, therefore, denied.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for payment of settlement proceeds, ECF No. 57, is DENIED.

Dated: October 21, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE